IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN RE: DePUY ORTHOPAEDICS, INC., ASR HIP IMPLANT PRODUCTS LIABILITY LITIGATION | Case No. 1: 10 md 2197<br><br>HONORABLE DAVID A. KATZ |
| This Document Relates to:<br>1:13 dp 20375 | **ORDER OF DISMISSAL** |

Whereas, Plaintiffs have elected to dismiss their case without prejudice subject to the tolling provisions set forth in Case Management Order No. 24; it is

ORDERED that the claims of plaintiff (s) are dismissed without prejudice.

    S/ *David A. Katz*
DAVID A. KATZ
U. S. DISTRICT JUDGE